UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS.  3:97cr111/LAC

MICHAEL SNOW, a/k/a Spike

___

ORDER AMENDING CONDITIONS OF SUPERVISION

In addition to the conditions of supervision now in place, it is the further order of this Court that the defendant not have any contact with Alisha Mack or Malique Snow.

DONE AND ORDERED this 9th day of October, 2007, in Pensacola, Florida.

_____
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE