UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

V.                                         Docket No. 3:97CR111-005/LAC

MICHAEL SNOW AKA SPIKE

### ORDER

THIS MATTER comes on for review upon referral from the U.S. Probation Office. After a thorough review of this matter and consultation with the Probation Office, the Court has determined the ends of justice could best be served to quash the Violation Petition and to cancel any further proceedings on the Court's order to show cause why supervised release should not now be revoked and sentence imposed in the above styled case.

Accordingly, it is now ordered that pending proceedings on the Court's order to show cause why the supervised release of MICHAEL SNOW AKA SPIKE should not now be revoked are hereby canceled.

DONE AND ORDERED IN CHAMBERS at Pensacola, Florida this 18th day of November, 2008.

Lacey A. Collier
Senior U.S. District Judge